UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| SUNCOAST TECH CORP., <br><br> Plaintiff, <br><br> v. <br><br> HONDUTEL, NUESTRA EMPRESA DE TELECOMUNICACIONES,  Foreign Corporation, <br><br> Defendant. <br><br> and <br><br> CITIBANK, N.A., <br><br> Garnishee. | Case No. 11-CV-60529 |

**DEFENDANT HONDUTEL, NUESTRA EMPRESA DE TELECOMUNICACIONES' MOTION TO DISSOLVE WRIT OF GARNISHMENT TO CITIBANK**

Defendant Hondutel, Nuestra Empresa de Telecomunicaciones ("Defendant") hereby moves for an Order dissolving Plaintiff Suncoast Tech. Corp.'s Writ of Garnishment to Citibank, N.A. pursuant to Section 77.07 of the Florida Statutes.

Defendant filed a Motion to (1) Vacate the Court's Entry of Default and Default Judgment and (2) Dismiss the Complaint and Incorporated Memorandum of Law [Doc. 52] ("Motion to Vacate") on  July 10, 2012, which is currently pending before this Court.  Judgment enforcement proceedings such as this writ of garnishment should not be allowed while the Motion to Vacate the Default Judgment is pending.  Furthermore, Defendant denies the debt demanded in the Writ of Garnishment pursuant to Section 77.07(3) of the Florida Statutes. Because the status of the judgment is currently uncertain, the Writ of Garnishment should be

Case No. 11-CV-60529

dissolved. *See, e.g.*, *Cobb v. Walker*, 144 Fla. 600, 605 (1941) ("[A] debt to be subject to garnishment must be due absolute and without contingency.").

Based on the foregoing reasons, this Court should dissolve the writ of attachment to Citibank, N.A.

This motion is based on this motion, all files and records of this action, and such other oral and documentary evidence which the Court allows. Defendant requests such further or other relief as the Court deems to be just and proper.

DATED:  August 8, 2012                Respectfully Submitted,

By: /s/  Krystina N. Jiron
JOHN BOND ATKINSON
Florida Bar No. 0290270
E-mail: jatkinson@atkinsonbrownell.com
KRYSTINA N. JIRON
Florida Bar No. 915491
E-mail: knjiron@atkinsonbrownell.com
ATKINSON & BROWNELL, P.A.
One Biscayne Tower, Suite 3750
2 South Biscayne Blvd.
Miami, FL 33131
Tel. 305-376-8840
Fax. 305-376-8841

/s/ Juan C. Basombrio
JUAN C. BASOMBRIO (admission Pro Hac Vice)
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Tel: 714-800-1405
Fax: 714-800-1499
basombrio.juan@dorsey.com

*Attorneys for Defendant,*
*Hondutel, Nuestra Empresa de Telecomunicaciones*

2

Case No. 11-CV-60529

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2012, I electronically filed the foregoing motion with the Clerk of the Court for the United States District Court for the Southern District of Florida using the CM/ECF system, which automatically served opposing counsel in this case.

s:// Krystina N. Jiron
KRYSTINA N. JIRON